UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **MALIBU MEDIA, LLC,** | * | |
| Plaintiff, | * | CASE NO. |
| v. | * | |
| **JOHN DOE subscriber assigned IP address 68.50.239.181,** | * | |
| | * | |
| Defendant. | * | |

## INABILITY TO CONFER

The Defendant in this case is a "John Doe" defendant. As such, the identity of the defendant and their contact information are unknown at this time. Without this information, it is impossible to schedule a discovery conference.

    Respectfully submitted,
    MALIBU MEDIA, LLC
    PLAINTIFF

    By: /s/*Jon A. Hoppe*
    Jon A. Hoppe, Esquire #6479
    Counsel
    Maddox, Hoppe, Hoofnagle &
        Hafey, L.L.C.
    1401 Mercantile Lane #105
    Largo, Maryland 20774
    (301) 341-2580